FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RON THOMAS LISANO,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBORAH WOFFORD, SGT. MICHAEL CROFT, SGT. DUSTIN DAVIS. SGT. LOPEZ, OFFICERS JOHN DOE 1-10, JOHN DOE TRANSPORT OFFICER, ROBERTO MENDIOLA, JENNIFER ADAMS, MICHELLE DUNCAN, C/O GABRIEL,<br><br>    Defendants. | No. 4:25-CV-05158-SAB<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

Before the Court are Plaintiff Ron Thomas Lisano's Motion to Voluntarily Dismiss Complaint, ECF No. 8, and Motion and Affidavit to Waive Collection of the Remaining Balance, ECF No. 9. Defendants have not been served in this action.

Plaintiff asks that the Court dismiss the Complaint pursuant to Federal Rule of Civil Procedure 41(a), and to waive the remainder of the filing fee because Plaintiff is voluntarily withdrawing this suit. ECF Nos. 22, 23.

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 22, is **GRANTED.** The Complaint is **DISMISSED WITHOUT PREJUDICE.**

2. Plaintiff's Affidavit and Motion to Waive Collection of the Remaining Balance and Fees, ECF No. 23, is **GRANTED.** The institution having custody of Plaintiff Lisano shall cease collection of the filing fee in this action, case number **4:25-CV-05158-SAB**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff and **close** the file. The Clerk of Court is further directed to provide a copy of this Order to **Department of Corrections, Attn: LFO/COS UNIT,** to forward to the appropriate agency having custody of Plaintiff, if needed. The Clerk of Court also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED this 9th day of January 2026.

Stan Bastian
Chief United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2