AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2026
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RON THOMAS LISANO

*Plaintiff*

DEBORAH WOFFORD, SGT. MICHAEL CROFT, SGT. DUSTIN DAVIS. SGT. LOPEZ, OFFICERS JOHN DOE 1-10, JOHN DOE TRANSPORT OFFICER, ROBERTO MENDIOLA, JENNIFER ADAMS, MICHELLE DUNCAN, C/O GABRIEL

*Defendant*

Civil Action No. 4:25-CV-05158-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court Order at ECF No 10, Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 22, is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE. Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: 1/9/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*